UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFE FLEET HOLDINGS LLC et al.,

Movants,

-against-

AUTO ACTION TECHNOLOGIES, INC.,

Respondent,

**ORDER**

26 Misc. 214 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On May 7, 2026, Movants – entities Safe Fleet Holdings, LLC, Safe Fleet Acquisition Corp., Seon Holdings Corp., Seon Design (USA) Corp., and Rear View Safety Inc., and individuals Daniel Pulskamp, Tom Brodsky, Tom Gill, Joseph Schechter, Matthew Thompson, Julian Jimenez, and Steven Kim – submitted an application for leave to file a motion to compel and three accompanying exhibits under seal. (See Mo. for Leave to File Case under Seal (Dkt. No. 1) at 1) This application was referred to this Court as a Part I matter. (See May 11, 2026 Min. Entry 1)

On May 11, 2026, this Court granted Movants' application (May 11, 2026 Endorsement (Dkt. No. 5)), and the instant case – Safe Fleet Holdings LLC v. Auto Action Technologies, Inc., 26 Misc 214 (PGG) – was closed. (See May 11, 2026 Min. Entry 2)

The motion to compel has been assigned to Judge Vargas under Docket Number 26 Misc. 221. Hayden and Auto Action are directed to re-file their May 14, 2026 and May 15,

2026 motions on the 26 Misc. 221 docket.  All future applications must be directed to Judge

Vargas and filed on the 26 Misc. 221 docket.

Dated: New York, New York
       May 18, 2026

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge
                                        Part I